# FIELDS LAW FIRM

ZACHARY ERICKSON
ATTORNEY
DIRECT 612-383-1880
1-888-847-8517 EXT. 880
ZERICKSON@FIELDSLAW.COM

March 30, 2022

## NOTICE OF SETTLEMENT

Magistrate Judge David Schultz
United States District Court
300 South Fourth Street
Minneapolis, MN  55415

RE:   *Robert Reed v. Life Insurance Company of North America*
      Court File No: 0:21-cv-01504 (SRN/DTS)

Dear Magistrate Judge Schultz:

  We represent Plaintiff Robert Reed in this matter. Please be advised that this matter has settled, and the parties are in the process of exchanging settlement documents and Stipulation for Dismissal with Prejudice will be filed shortly.

Respectfully submitted,

FIELDS LAW OFFICE

/s/*Zachary Erickson*
612-383-1880
zerickson@fieldslaw.com


cc: All Counsel (Via ECF)