## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Robert Reed,<br><br>    Plaintiff,<br><br> v.<br><br>Life Insurance Company of North America,<br><br>    Defendant. | Case No. 21-CV-1504 (SRN/DTS)<br><br>**ORDER** |

Zachary Schmoll and Zachary Scott Erickson, Fields Law Firm, 9999 Wayzata Blvd., Minnetonka, MN 55305 for Plaintiff Robert Reed.

Daniel Keenan Ryan, Hinshaw & Culbertson LLP, 151 N. Franklin Street, Suite 2500, Chicago, IL 60606 and Margaret Ann Santos and Margarita Gokhberg, Hinshaw & Culbertson LLP, 333 South Seventh Street, Suite 2000, Minneapolis, MN 55402, for Defendant Life Insurance Company of North America.

  Pursuant to the Stipulation of the parties [Doc. No. 23],

  IT IS HEREBY ORDERED that this matter is hereby dismissed with prejudice and on its merits and without costs, disbursements or attorneys' fees to any party.

  Dated: April 21, 2022

                   s/Susan Richard Nelson
                  SUSAN RICHARD NELSON
                  United States District Judge